No. 86–1786. UNITED METAL PRODUCTS CORP. *v.* NATIONAL BANK OF DETROIT. C. A. 6th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 86–6757. COY *v.* IOWA. Appeal from Sup. Ct. Iowa. Motion of appellant for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 86–684. CALIFORNIA *v.* GREENWOOD ET AL. Ct. App. Cal., 4th App. Dist. Motions of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 85–1437. WILKINS *v.* SAYRES ET AL.; and WILKINS *v.* ROUSCH ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–1519. HOOPER ET AL. *v.* DONTA. C. A. 6th Cir. Certiorari denied.

No. 85–1691. BERNSTEIN *v.* PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–1892. PAONE *v.* UNITED STATES;
No. 85–1901. RUSSOTTI *v.* UNITED STATES;
No. 85–1902. PICCARRETO *v.* UNITED STATES; and
No. 85–1949. MARINO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 86–11. FRANTZ ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.